UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT GOGUEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-00351-JAW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On July 29, 2019, Robert Goguen filed a complaint seeking a declaratory judgment that 18 U.S.C. § 2250(a) of the Sex Offender Registration and Notification Act (SORNA), as applied to him, is unconstitutional. *Compl.* (ECF No. 1). On January 3, 2020, The United States (Government) filed a motion to dismiss the complaint. *Mot. to Dismiss by Def. United States of America Pursuant to Federal Rules of Civil Procedure 12(B)(1) & 12(B)(6)* (ECF No. 16). Mr. Goguen filed a response to the motion to dismiss on January 14, 2020. *Resp. to Def.'s Mot. to Dismiss* (ECF No. 17). On January 15, 2020, the Government filed a reply. *Reply in Further Supp. of Mot. to Dismiss Pursuant to Federal Rules of Civil Procedure 12(B)(1) & 12(B)(6)* (ECF No. 18). On January 17, 2020, Mr. Goguen filed a citation of supplemental authority in response to the motion to dismiss. *Citation of Suppl. Authority* (ECF No. 19).

On March 27, 2020, the United States Magistrate Judge filed with the Court his Recommended Decision, in which he recommended that the Court grant the

Government's motion to dismiss. *Recommended Decision on Def.'s Mot. to Dismiss* (ECF No. 20) (*Recommended Decision*). Mr. Goguen objected to the Recommended Decision on April 28, 2020. *Obj. to Magistrate's Recommended Decision on Def.'s Mot. to Dismiss* (ECF No. 21). On May 11, 2020, the Government responded to Mr. Goguen's objection. *Gov't's Resp. to Obj. to R. & R.* (ECF No. 22).

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determines that no further proceeding is necessary.

1. The Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 20).

2. The Court GRANTS the Government's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) & 12(b)(6) (ECF No. 16).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 27th day of May, 2020